```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
        ORLANDO DIVISION
```

JULIO SEVILLANO,              ) Case No.: 6:19-cv-1461-Orl-78DCI
    Plaintiff,            )
                              )
v.                            )
                              )
ORANGE COUNTY, FLORIDA,       )
    Defendant.            )
_____)

## MOTION TO AMEND COMPLAINT

    Plaintiff, JULIO SEVILLANO, pursuant to Fed. R. Civ. P. 15(2), hereby moves the Court for leave to amend the complaint in the above captioned matter. In support of the instant motion, the Court is shown as follows:

    1.    The Complaint was filed on August 7, 2019, containing one count of disability discrimination pursuant to the Americans with Disabilities Act. (D.E. 1)

    2.    The Plaintiff filed an Amended Complaint on September 18, 2019, to correct the named Defendant. (D.E. 12)

    3.    On December 4, 2019, the Plaintiff's then-counsel filed a Motion to Withdraw as Attorney. (D.E. 24)

    4.    The Court granted the motion to withdraw the same day. (D.E. 25)

    5.    The undersigned attorneys were recently retained to provide legal representation by the Plaintiff. (D.E. 28, 30)

6. Upon review of the file, the undersigned determined the complaint required revision, to include additional counts that were lacking and to revise some of the language.

7. The relief requested herein is not sought for unnecessary delay.

8. Neither party will be prejudiced should the relief be granted.

9. However, the Plaintiff will be prejudiced should the motion be denied, as it would preclude him from bringing viable claims against the Defendant.

10. The undersigned contacted Susan Spradley and Craig Novick, counsel for the Defendant, who indicated the Defendant objects to the relief requested herein.

## Memorandum of Law

The Court has broad discretion to manage its caseload. *E.g., School Board of Collier County v. K.C.*, 285 F. 2d 97, 982 (11th Cir. 2002, *quoting, Chudasama v. Mazda Corp.*, 123 F. 2d 1353, 1366 (11th Cir. 1997). Further, the "court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

## Conclusion

WHEREFORE, based upon the foregoing, the Plaintiff respectfully requests that the Court grant leave to amend the Complaint in the above captioned matter. The proposed Second Amended Complaint is attached hereto as Exhibit 1.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 10, 2020, I filed this document with the CM/ECF system, which will send electronic notice to: Susan Spradley, (susan.spradley@gray-robinson.com, Chantal.mccoy@gray-robinson.com), Craig Novick (craig.novick@gray-robinson.com), Gray Robinson, P.A., 301 E. Pine St., Ste. 1400, Orlando, FL 32802.

**CPLS, P.A.**
Attorneys|Consultants|Mediators
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 3956-1

_____
ALBERTO E. LUGO-JANER, Esq.
(Lead trial counsel)
Florida Bar Number 0972592
alugo-janer@cplspa.com
MELISSA C. MIHOK, Esq.
Florida Bar Number 555851
mmihok@cplspa.com

*Counsel for Plaintiff*