**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

```
JULIO SEVILLANO,              ) Case No.: 6:19-cv-1461-Orl-78DCI
        Plaintiff,            )
                              )
v.                            )
                              )
ORANGE COUNTY, FLORIDA,       )
        Defendant.            )
_____)
```

**SHOW OF CAUSE IN COMPLIANCE WITH ORDER**

In compliance with the Order of this Court dated January 21, 2020, Plaintiff and his undersigned counsel show cause, as follows:

Mr. Julio Sevillano came to attorney Alberto E. Lugo-Janer as a referral from the Orange County Bar Association (OCBA). He went to the OCBA in search of justice after having had three previous law firms withdraw from his representation in the same matter presented in this case. Attorney Lugo-Janer agreed to represent him with a commitment that the case would be brought to a conclusion, and that Mr. Lugo-Janer would not withdraw. Mr. Lugo-Janer made his notice of appearance as trial counsel. As the adjudicative issues in this case pertain to labor law, Mr. Lugo-Janer requested attorney Melissa C. Mihok to join the team, as she is Board Certified in Labor Law. She is in the same law firm as Mr. Lugo-Janer and the case remained under the responsibility of

Sevillano v. Orange County; Case No. 6:19-cv-1461-Orl-78DCI
Show of Cause in Compliance with Order
Page 2 of 2

Mr. Lugo-Janer, in compliance with OCBA directives when another attorney is joined in the representation.

Ms. Mihok timely filed a motion for leave to file a second amended complaint, and attached the proposed second amended complaint to the motion. She engaged in communications by email with counsel for Defendant related to the same. The court set the motion for a telephonic hearing, but, for the reasons detailed in the attached affidavits of three legal assistants in the law firm, the hearing was never calendared in either Mr. Lugo-Janer's or Ms. Mihok's calendars. That is why neither appeared at the hearing.

Mr. Lugo-Janer and Ms. Mihok, for themselves and all the members of CPLS, P.A., most humbly and ashamed for this failure, apologize to the Court.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system, which will send a copy of the same and electronic notice of this filing to all counsel of record.

**CPLS, P.A.**
Attorneys|Consultants|Mediators
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 3956-1

*[signature: Alberto E. Lugo-Janer]*

January 22, 2020                     ALBERTO E. LUGO-JANER, Esq.
                                 Florida Bar Number 0972592
                                 alugo-janer@cplspa.com
                                 *Trial Counsel for Plaintiff*


*[signature: Melissa C. Mihok]*

MELISSA C. MIHOK, Esq.
Florida Bar Number 555851
mmihok@cplspa.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIO SEVILLANO,
    Plaintiff,

v.

ORANGE COUNTY, FLORIDA,
    Defendant.

Case No.: 6:19-cv-1461-Orl-78DCI

## AFFIDAVIT OF NATHALIA C. ROCHA

I, Nathalia Celga Rocha, declare under penalty of perjury that the following facts are true and correct according to my own personal knowledge:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I have been working at CPLS, P.A. for two (2) years.

3. I am the Legal Assistant for Attorney Alberto E. Lugo-Janer.

4. I am in charge of calendaring hearings, deadlines, and all other appointments for Attorney Alberto E. Lugo-Janer.

5. On January 15, 2020, I did receive the Notice of Hearing e-mail from the Middle District of Florida, scheduling the hearing held on January 21, 2020.

6. Due to Attorney Melissa Mihok submitting the Motion to Amend Complaint, I thought she was going to be the one to attend the hearing.

7. Therefore, I did not add the hearing to Attorney

Alberto E. Lugo-Janer's calendar.

Dated: 1/22/2020   Sign: _[signature]_
                   Print: Nathalia Rocha

STATE OF FLORIDA
COUNTY OF Orange

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 22 day of January, 2020, by Nathalia Rocha, who is personally known to me or who has produced _____ as identification.

(AFFIZ NOTARY STAMP)

_[signature]_
Notary Public
Name: Elizabeth Morales Casado
My Commission Ends: 1/2/2024

ELIZABETH MORALES CASADO
Notary Public - State of Florida
Commission # GG 943668
My Comm. Expires Jan 2, 2024
Bonded through National Notary Assn.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIO SEVILLANO,  ) Case No.: 6:19-cv-1461-Orl-78DCI
    Plaintiff,  )
v.  )
  )
  )
ORANGE COUNTY, FLORIDA,  )
    Defendant.  )
_____  )

### AFFIDAVIT OF MARIA ABREU PELODAN

I, Maria Abreu Pelodan, declare under penalty of perjury that the following facts are true and correct according to my own personal knowledge:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I have been working at CPLS, P.A. for over two (2) years.

3. I am currently the Supervisor for the Client Services department.

4. January 8, 2020 was my last day as the legal assistant for Attorney Melissa Mihok.

5. As her legal assistant, I was in charge of calendaring hearings, deadlines, and all other appointments for her.

6. January 9, 2020, was my first day as Supervisor of the Client Services department and therefore I was no longer Attorney Mihok's assistant.

7. Iris Rodriguez was assigned as the new Legal Assistant for Attorney Melissa Mihok and her first day in that position was

January 9, 2020.

8. The new legal assistant, Iris Rodriguez, did not removed my email from the service list and added hers until Friday 01/17/2020.

9. I was already working fully in the new position and overlooked the email scheduling the hearing.

10. Therefore, I did not add the hearing to Attorney Melissa Mihok's calendar.

Dated: 01/22/2020   Sign: _____
                    Print: Maria Abreu Pelodan

STATE OF FLORIDA
COUNTY OF Orange

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 22 day of January, 2020, by Maria Abreu Pelodan, who is personally known to me or who has produced _____ as identification.

(AFFIZ NOTARY STAMP)

Notary Public
Name: Elizabeth Morales Casado
My Commission Ends: 1/2/2024

ELIZABETH MORALES CASADO
Notary Public - State of Florida
Commission # GG 943668
My Comm. Expires Jan 2, 2024
Bonded through National Notary Assn.

```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION
```

JULIO SEVILLANO,                ) Case No.: 6:19-cv-1461-Orl-78DCI
        Plaintiff,              )
v.                              )
                                )
ORANGE COUNTY, FLORIDA,         )
        Defendant.              )
_____ )

## AFFIDAVIT OF IRIS J. RODRIGUEZ

I, Iris J. Rodriguez, declare under penalty of perjury that the following facts are true and correct according to my own personal knowledge:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I have been working at CPLS, P.A. for over ten (10) years.

3. My last day as Client Services Supervisor was on January 8, 2020.

4. January 9, 2020, was my first day as Melissa C. Mihok's Legal Assistant.

5. As her legal assistant, I am in charge of calendaring hearings, deadlines, and all other appointments for her.

6. I did not updated the attorney's profile with the new e-mail service list until January 17, 2020.

7. I was not aware that a hearing was scheduled for January 21, 2020. Therefore, I did not add the hearing to Attorney Melissa

Mihok's calendar.

Dated: Jan. 22, 2020    Sign: [signature]
                        Print: Iris J. Rodriguez

STATE OF FLORIDA
COUNTY OF Orange

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 22 day of January, 2020, by Iris J. Rodriguez, who is personally known to me or who has produced _____ as identification.

(AFFIZ NOTARY STAMP)

ELIZABETH MORALES CASADO
Notary Public · State of Florida
Commission # GG 943668
My Comm. Expires Jan 2, 2024
Bonded through National Notary Assn.

[signature]
Notary Public
Name: Elizabeth Morales Casado
My Commission Ends: 1/2/2024