UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JULIO SEVILLANO,<br>  Plaintiff,<br><br>v.<br><br>ORANGE COUNTY, FLORIDA,<br>  Defendant. | ) Case No. 6:19-cv-1461-Orl-78DCI<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER**
**WITH MEMORANDUM OF LAW**

COMES NOW Plaintiff, by and through his undersigned counsel, and objects to the Magistrate Judge's Order dated January 21, 2020 (Doc. 35), as follows:

Plaintiff timely filed a Motion to Amend Complaint on January 10, 2020 (Doc. 31).

The Magistrate Judge denied the Motion to Amend Complaint by Order dated January 21, 2020 (Doc. 35).

Plaintiff timely filed a Motion for Rehearing on January 29, 2020 (Doc. 37).

The Magistrate Judge denied the Motion for Rehearing by endorsed Order dated January 30, 2020 (Doc. 38) that reads: "The underlying motion was denied at the first hearing, as such there is no motion pending that could be the subject of a rehearing."

Sevillano v. Orange County; Case No. 6:19-cv-1461-Orl-78DCI
Plaintiff's Objection to Magistrate Judge's Order                              Page 2 of 2

Plaintiff respectfully submits that it was error for the Magistrate Judge to fail to consider the Motion for Rehearing on its merits. The rehearing was clearly directed at the denial of the motion to amend, so the motion for rehearing should have been considered and granted or denied on its merits.

## MEMORANDUM OF LAW

Pursuant to Fed.R.Civ.P. 72 the District Judge may grant the Motion for Rehearing or return the matter to the Magistrate Judge with instructions to consider the Motion for Rehearing on its merits.

**WHEREFORE,** Plaintiff respectfully prays that the Motion for Rehearing be granted or the matter returned to the Magistrate Judge with instructions that the Motion for Rehearing be considered on its merits.

## CERTIFICATE OF GOOD FAITH CONFERENCE

**WE HEREBY CERTIFY** that counsel for Plaintiff and counsel for Defendant conferred on this Motion and did not agree on a resolution.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system,

which will send a copy of the same and electronic notice of this filing to all counsel of record.

                                         **CPLS, P.A.**
Attorneys│Consultants│Mediators
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 3956-1

February 12, 2020               ALBERTO E. LUGO-JANER, Esq.
Florida Bar Number 0972592
alugo-janer@cplspa.com
*Trial Counsel for Plaintiff*
MELISSA C. MIHOK, Esq.
Florida Bar Number 555851
mmihok@cplspa.com
*Counsel for Plaintiff*