**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| JULIO SEVILLANO,<br>　　　Plaintiff,<br><br>v.<br><br>ORANGE COUNTY, FLORIDA,<br>　　　Defendant.<br>_____ | ) Case No.: 6:19-cv-1461-Orl-78DCI<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

NOTICE IS GIVEN that the Plaintiff served upon counsel for the Defendant Plaintiff's First Set of Interrogatories and First Request for Production of Documents via email on April 3, 2020.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this document was electronically filed today with the Clerk of the Court by using the ECF system which will send a copy of the same and electronic notice of this filing to all counsel of record.

April 3, 2020

　　　　　　　　　　　　　　　　　　　　**CPLS, P.A.**
Attorneys|Consultants|Mediators
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 3956-1

*/s/ Melissa C. Mihok*

MELISSA C. MIHOK, Esq.
Florida Bar Number 555851
mmihok@cplspa.com

*Co-Counsel for Plaintiff*